# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN  DIVISION


**MELVIN LEE TAYLOR JR.**                                                    **PLAINTIFF**
**ADC #103478**

**v.**                      **No. 5:14-cv-137-DPM-HDY**


**RAY HOBBS**                                                              **DEFENDANT**
**Director, Arkansas Department of**
**Correction**

## ORDER


I recuse because Defendant's attorney, Kathryn Elizabeth Henry, has

served as my law clerk.  The Clerk shall reassign this case at random.


_____
D.P. Marshall Jr.
United States District Judge

19 May 2014