# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MELVIN LEE TAYLOR, JR.                                              PETITIONER


v.                              NO. 5:14CV00137 JM


RAY HOBBS, Director of the                                          RESPONDENT
Arkansas Department of Correction


## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by respondent Ray Hobbs ("Hobbs") is granted. See Document 11. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Melvin Lee Taylor, Jr., is dismissed. All requested relief is denied, and judgment will be entered for Hobbs. A certificate of appealability is denied. See Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts.

IT IS SO ORDERED this 26th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE